# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

EVA CHRISTIAN,

        Petitioner,      :    Case No. 3:20-cv-444

- vs -                            District Judge Thomas M. Rose
                                      Magistrate Judge Michael R. Merz

REBECCA ADDUCCI,

                                :

        Respondent.

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), this case is hereby referred to United States Magistrate Judge Michael R. Merz. The Magistrate Judge is authorized to perform any and all functions authorized for full-time United States Magistrate Judges by statute, including, without limiting the generality of the foregoing, all motions to remand removed cases to state court, all motions to dismiss or for judgment on the pleadings under Fed. R. Civ. P. 12, and all discovery-related motions. The Magistrate Judge shall proceed in accordance with Fed. R. Civ. P. 72.

The parties are hereby advised of their right to consent to plenary magistrate judge jurisdiction under 28 U.S.C. §636(c).

October 30, 2020                                                                    *s/Thomas M. Rose

                                                                                     Thomas M. Rose
                                                                      United States District Judge