IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| EVA CHRISTIAN, | : | |
| | | Case No. 3:20-cv-444 |
| Petitioner, | : | |
| | | District Judge Thomas M. Rose |
| -vs- | : | Magistrate Judge Michael R. Merz |
| | | |
| REBECCA ADDUCCI, District Director of Immigration and Customs Enforcement. | : | |
| | : | |
| Respondent. | | |
| | : | |

**ORDER OF REFERENCE**

Upon unanimous consent of the parties hereto, and pursuant to 28 U.S.C. § 636(c), the above-captioned action is hereby referred to United States Magistrate Judge Michael R. Merz for all further proceedings herein, including trial, the entry of judgment, and all post-trial proceedings.

December 10, 2020                *s/Thomas M. Rose

                                              Thomas M. Rose
                                              United States District Judge

1